UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADAM STAPP, ON BEHALF OF
HIMSELF AND ALL OTHER SIMILARLY
SITUATED EMPLOYEES,

                Plaintiffs,

-vs-                                        Case No.  6:06-cv-810-Orl-28UAM

SUN STATE TREES & PROPERTY
MAINTENANCE, INC., RANDALL A.
NELLIS,

                Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion to Strike Defendant, Sun State Trees & Property Maintenance's Answer and Request for Sanctions (Doc. No. 60) filed April 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 14, 2008 (Doc. No. 62) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion to Strike Defendant, Sun State Trees & Property Maintenance's Answer is **GRANTED**.

3.  Defendant Sun State Trees & Property Maintenance, Inc.'s Answer (Doc. No. 11) is hereby **STRICKEN**.

4.  Default is hereby entered against Defendant Sun State Trees & Property Maintenance, Inc.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of June, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party